# CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>LEROY TROY LESLEY, JR. a/k/a LEROY PATRICIO,<br>DOB: 1986; United States Citizen<br>Count 1 | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br><br>25-04678MJ |

Complaint for violations of Title 18, United States Code §§ 922(q)(2)(A).

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

**Count 1:** On or about February 28, 2025, at or near Tucson, AZ, in the District of Arizona, the defendant, Leroy Troy LESLEY JR., possessed a firearm transported in interstate commerce at a place he knew or had reasonable cause to know is a school zone. In violation of Title 18, United States Code, § 922(q)(2)(A).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

According to Tucson Police Department ("TPD") Incident Report P2502280135 and conversations with TPD officers involved with the Incident Report, on or about February 28, 2025, at approximately 1500 hours, TPD began receiving 911 calls regarding a person with a rifle, walking up to vehicles in traffic near the intersections of W. Drexel Road and S. Midvale Park Road as well as W. Drexel Road and S. Oak Tree Drive, in Tucson, Arizona. At approximately 1500 hours, TPD received a call from Witness A. Witness A reported a Black male "keeps getting out of his car and pointing a gun."

Witness A provided TPD with a description of the vehicle as a blue Cadillac bearing Arizona license plate 7WA61Y ("Subject Vehicle"). Witness A described the person brandishing the rifle as a Black male, 5'8" to 5'9", wearing a baseball hat backwards. Witness A told officers the Black male stood in the middle of the intersection outside the Subject Vehicle waving the rifle "all around."

**(BASIS OF COMPLAINT CONTINUED ON REVERSE.)**

MATERIAL WITNESS(ES) IN RELATION TO THE CHARGE: n/a

| DETENTION REQUESTED<br>COMPLAINT REVIEWED by AUSA Adam Rossi<br><br>*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.*<br><br>Digitally signed by ADAM ROSSI<br>Date: 2025.03.03 10:54:33 -07'00' | SIGNATURE OF COMPLAINANT<br>STEVEN MOLESKY  Digitally signed by STEVEN MOLESKY<br>Date: 2025.03.03 11:02:09 -07'00'<br><br>OFFICIAL TITLE & NAME:<br>Special Agent Steven Molesky, FBI |
|---|---|
| Sworn to before me and subscribed in my telephonically. | |
| SIGNATURE OF MAGISTRATE JUDGE[1]<br>*Maria S. Aguilera* | DATE<br>March 3, 2025 |

[1] See Federal rules of Criminal Procedure Rules 3 and 54

**(BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED CONTINUED.)**
Page 2 of 3

The location Witness A told officers the Black male stood with the rifle was approximately 400 feet from Raul M. Grijalva Elementary School ("Grijalva") as depicted in this Google Maps screen shot:



Witness A followed the Subject Vehicle to W. Chardonnay Drive and S. Oak Tree Drive before leaving the area. Witness A's wife, Witness B, contacted Grijalva to advise them a person with a rifle was near school grounds. Witness B told officers she observed a Black male get out of a blue four-door Cadillac at a stop sign at the intersection of S. Midvale Park Road and W. Drexel Road with a "big gun." She observed the Black male re-enter the Cadillac and drive to W. Drexel Road and S. Oak Tree Drive where he proceeded to wave the gun around. At approximately 1508 hours, Witness C, the principal of Grijalva called 911 to report that a parent had advised to lock down the school because there was a man with a gun in the area of S. Midvale Park Road and W. Drexel Road. Witness C advised she placed Grijalva into lockdown for about 45 minutes.

By the time TPD officers responded to the area of Grijalva, the Subject Vehicle was no longer there. However, officers encountered Witness D, who asked officers if they were looking for a Cadillac, because she observed the Cadillac travel westbound on W. Drexel Road, running red lights as it traveled. Another person, Witness E, contacted TPD to report he captured video with his cellular phone of a Black male in a blue Cadillac with an "assault rifle out." Witness E reported he was located in the area of S. Midvale Park Road when he observed this Black male standing in the turning lane holding a rifle. Witness E described the Black male as in his 30's, approximately 210 pounds wearing a baseball hat.

**(BASIS OF COMPLAINT CONTINUED ON REVERSE.)**

**(BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED CONTINUED.)**
**Page 3 of 3**

Officers canvassing the area observed the Subject Vehicle unoccupied at Tania's Flour Tortillas, 2856 W. Drexel Road. Officers set up surveillance on the vehicle. Tania's is located next to Little Friends Learning Center, 2846 W. Drexel Road, a business which includes a day care center and a preschool, where there were approximately 40 children outside playing. After setting up surveillance, officers observed a Black male wearing a hat, a dark colored shirt and dark colored pants walk to the Subject Vehicle. Officers observed the Black male making gesticulations with his hands and arms and talking to himself, which led them to believe he may have been under the influence of narcotics. After a few minutes, officers observed the Black male enter the front passenger side of the Subject Vehicle and sit down with his feet outside the vehicle. Officers observed the Black male manipulating a rifle while seated in the front passenger seat.

Officers made the decision to contact the Black male because of the number of people and children in the area and the potential danger posed by the Black male. Before officers could make contact, the Black male exited the front passenger seat, walked around to the driver's side of the Subject Vehicle, entered, and began backing out of the parking spot. Officers activated their emergency lights and attempted to stop the Subject Vehicle. The Subject Vehicle reversed, was able to evade officers, and fled eastbound on W. Drexel Road. Officers maintained visual surveillance on the Subject Vehicle as it turned to travel southbound on S. Westover Avenue. Officers observed the Subject Vehicle enter the property located at 6311 S. Westover Avenue ("Subject Residence"), the address to which the Subject Vehicle is registered to Carmen Patricio ("Patricio"). Officers never lost visual of the Subject Vehicle during the surveillance.

Officers observed the Subject Vehicle stop just north of the residence and the Black male exit the Subject Vehicle. Officers recognized the driver of the Subject Vehicle as the same Black male they observed enter the Subject Vehicle at Tania's. Officers observed the Black male open the Subject Vehicle's trunk and place something into it before closing the trunk. At that point, marked TPD vehicles entered the property and began giving order to the Black male, who was not complying with the orders. Officers eventually detained the Black male in the front yard of the residence. Investigators positively identified the Black male as LEROY TROY LESLEY JR., DOB 1986 ("Subject"), whose Arizona Driver's License resolves to the Subject Residence. Officers communicated with the Subject's father and mother, who was identified as Patricio. Patricio told officers she believed the Subject stored his rifle in the truck of the Subject Vehicle.

Pursuant to a federal search warrant, on March 3, 2025, a rifle was recovered from the Subject Vehicle.

An ATF interstate nexus expert performed a preliminary interstate nexus determination of the firearm found in the car LESLEY was driving, and determined it was not manufactured in the state of Arizona, and thus traveled in interstate and/or foreign commerce.

Based on the aforementioned events and information, the Subject was arrested at approximately 2100 hours based on Probable Cause that he violated 18 U.S.C. 922(q)(2)(A)—Possession of a Firearm in a School Zone.